UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL LABOR RELATIONS BOARD;
NP RED ROCK LLC D/B/A RED ROCK CASINO RESORT
SPA, LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS
A/W UNITE HERE INTERNATIONAL UNION, 373 NLRB
NO. 67, DECISION AND ORDER DATED ON JUNE 17, 2024                    MCP No. 188

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The National Labor Relations Board issued a decision and order dated June 17, 2024. On July 3, 2024, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in two circuit courts of appeal as follows: District of Columbia Circuit, Ninth Circuit.

The Panel has randomly selected the United States Court of Appeals for the District of Columbia Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the District of Columbia Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Delora Davis*
Delora Davis, Operations Supervisor
Random Selector

*Marcella R. Lockert*
Marcella Lockert, Acting Clerk of the Panel
Witness

IN RE: NATIONAL LABOR RELATIONS BOARD;
NP RED ROCK LLC D/B/A RED ROCK CASINO RESORT
SPA, LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS
A/W UNITE HERE INTERNATIONAL UNION, 373 NLRB
NO. 67, DECISION AND ORDER DATED ON JUNE 17, 2024          MCP No. 188

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Ninth Circuit, No. 24-3935 | Local Joint Executive Board of Las Vegas v. NLRB |
| Ninth Circuit, No. 24-3954 | NLRB v. NP Red Rock LLC, et al. |
| DC Circuit, No. 24-1221 | Rock LLC v. NLRB |